JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Plaintiff ~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-13-11

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 13 2011
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
DEC 13 2011
CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BRADLEY LICHTIG, <br><br> Plaintiff, <br><br> vs. <br><br> STATE OF CALIFORNIA et al., <br><br> Defendants. | Case No. CV 11-10043-GW(JPR) <br><br> **J U D G M E N T** |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 12, 2011

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE