I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Plaintiff (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 12-13-11

DEPUTY CLERK

JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 13 2011

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC 13 2011

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BRADLEY LICHTIG,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF CALIFORNIA et al.,<br><br>    Defendants. | Case No. CV 11-10043-GW(JPR)<br><br>J U D G M E N T |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: December 12, 2011

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE